**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9   BACCHUS MANAGEMENT GROUP,              No. C-11-00987 (DMR)

10              Plaintiff,                 **ORDER GRANTING DEFENDANT'S
                                           RENEWED UNOPPOSED MOTION**
11       v.                                **FOR RELIEF OF ORDER SETTING
                                           INITIAL CASE MANAGEMENT**
12   TALISKER CANYONS,                     **CONFERENCE**

13              Defendant.
     _____/

14

15       Before the Court is Defendant's Renewed Unopposed Motion for Relief of Order Setting the

16   Initial Case Management Conference.  Having considered the parties' submissions and arguments,

17   the motion is hereby GRANTED.  The Initial Case Management Conference previously scheduled

18   for June 15, 2011 at 1:30 p.m. shall be CONTINUED to **July 21, 2001 at 11:30 a.m.**, Courtroom 4,

19   3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

20       IT IS SO ORDERED.

21

22   Dated:  June 8, 2011

23                                         _____
                                           DONNA M. RYU
24                                         United States Magistrate Judge

25

26

27

28