SEDGWICK LLP
Matthew A. Fischer (State Bar No. 191451)
Jia-Ming Shang (State Bar No. 233326)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California  94105-1008
Tel:       415.781.7900
Fax:      415.781.2635
Email:   *matthew.fischer@sedgwicklaw.com*
Email:   *jiaming.shang@sedgwicklaw.com*

Attorneys for Plaintiff
BACCHUS MANAGEMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BACCHUS MANAGEMENT GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TALISKER CANYONS (WA DAKOTA), LLC., a Delaware Limited Liability Company, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 11-cv-0987 (JSW)<br><br>**MODIFIED [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION TO SEPTEMBER 16, 2011 OCTOBER 14, 2011** |

---

ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION TO SEPTEMBER 16, 2011

SF/2277739v1

1    Having reviewed the stipulation submitted by Plaintiff Bacchus Management Group, LLC and Defendant Talisker Canyons (WA Dakota), LLC and good cause appearing, it is hereby ordered that the hearing on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Strike Portions of the Declaration of Timothy Stannard be continued to ~~September 16,~~ October 14, 2011 at 9:00 a.m.

DATED: July 18, 2011

*/s/ Jeffrey S. White*
The Hon. Jeffrey S. White
United States District Judge

-1-
ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION ~~TO SEPTEMBER 16, 2011~~

SF/2277739v1