Sterling A. Brennan (California State Bar No. 126019)
  E-mail: sbrennan@wnlaw.com
Kirk R. Harris (Utah State Bar No. 10221; *Admitted Pro Hac Vice*)
  E-mail: kharris@wnlaw.com
Tyson K. Hottinger (California State Bar No. 253221)
  E-mail: thottinger@wnlaw.com
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
20 Pacifica, Suite 1130         &    60 E. South Temple, Suite 1000
Irvine, California 92618              Salt Lake City, Utah 84111
Telephone: (949) 242-1900             Telephone: (801) 533-9800
Facsimile: (949) 453-1104             Facsimile: (801) 328-1707

Clark K. Taylor (California State Bar No. 182438)
  E-mail: ctaylor@vancott.com
VAN COTT, BAGLEY, CORNWALL & MCCARTHY, P.C.
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 532-3333
Facsimile: (801) 534-0058

Attorneys for Defendant
TALISKER CANYONS (WA DAKOTA), LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BACCHUS MANAGEMENT GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TALISKER CANYONS (WA DAKOTA), LLC, a Delaware Limited Liability Company, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. CV11 0987 JSW<br><br>~~[PROPOSED]~~ ORDER EXTENDING COURT MEDIATION DEADLINE |

1 | Having reviewed the stipulation submitted by plaintiff Bacchus Management Group, LLC, and defendant Talisker Canyons (WA Dakota), LLC and good cause appearing, it is hereby ordered that Court Mediation must be completed by March 16, 2012.

DATED: November 28, 2011

_____
The Hon. Jeffrey S. White
United States District Judge