1  Sterling A. Brennan (California State Bar No. 126019)
      E-mail: sbrennan@wnlaw.com
2  Kirk R. Harris (Utah State Bar No. 10221; *Admitted Pro Hac Vice*)
      E-mail: kharris@wnlaw.com
3  Tyson K. Hottinger (California State Bar No. 253221)
      E-mail: thottinger@wnlaw.com
4  WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
   20 Pacifica, Suite 1130        &   60 E. South Temple, Suite 1000
5  Irvine, California 92618           Salt Lake City, Utah 84111
   Telephone: (949) 242-1900          Telephone: (801) 533-9800
6  Facsimile: (949) 453-1104          Facsimile: (801) 328-1707

7  Clark K. Taylor (California State Bar No. 182438)
      E-mail: ctaylor@vancott.com
8  VAN COTT, BAGLEY, CORNWALL & MCCARTHY, P.C.
   36 South State Street, Suite 1900
9  Salt Lake City, Utah 84111
   Telephone: (801) 532-3333
10 Facsimile: (801) 534-0058

11 Attorneys for Defendant
   TALISKER CANYONS (WA DAKOTA), LLC
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BACCHUS MANAGEMENT GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TALISKER CANYONS (WA DAKOTA), LLC, a Delaware Limited Liability Company, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. CV11 0987 JSW<br><br>[PROPOSED] ORDER EXTENDING COURT MEDIATION DEADLINE |

ORDER EXTENDING COURT MEDIATION DEADLINE
Case No. CV11 0987 JSW

1 | Having reviewed the stipulation submitted by plaintiff Bacchus Management Group, LLC,
2 | and defendant Talisker Canyons (WA Dakota), LLC and good cause appearing, it is hereby
3 | ordered that Court Mediation must be completed by March 16, 2012.

4

5 | DATED: November 28, 2011       *[signature]*
      The Hon. Jeffrey S. White
6 |       United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**ORDER EXTENDING COURT MEDIATION DEADLINE**
**Case No. CV11 0987 JSW**