SEDGWICK LLP
Matthew A. Fischer (State Bar No. 191451)
Jia-Ming Shang (State Bar No. 233326)
333 Bush Street, 30th Floor
San Francisco, California 94104
Tel:  415.781.7900
Fax:  415.781.2635
Email:  *matthew.fischer@sedgwicklaw.com*
Email:  *jiaming.shang@sedgwicklaw.com*

Attorneys for Plaintiff
BACCHUS MANAGEMENT GROUP, LLC

VAN COTT, BAGLEY, CORNWALL & MCCARTHY, P.C.
Clark K. Taylor (CA State Bar No. 182438)
Email: *ctaylor@vancott.com*
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 532-3333
Facsimile:  (801) 534-0058

Attorneys for Defendant
TALISKER CANYONS (WA DAKOTA), LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BACCHUS MANAGEMENT GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>TALISKER CANYONS (WA DAKOTA), LLC., a Delaware Limited Liability Company, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 11-CV-0987(JSW)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date:** February 24, 2012<br>**Time:** 1:30 p.m.<br>**Room:** Courtroom 11 |

SF/2225760v1                                            -1-
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CMC

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT the February 24, 2012 case management conference is continued to April 13, 2012 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: \_\_\_February 22\_\_\_, 2012        _____/s/ Jeffrey S. White_____
                                         Hon. Jeffrey S. White
                                         United States District Judge

SF/2225760v1

-1-

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CMC