1  SEDGWICK LLP
   Matthew A. Fischer (State Bar No. 191451)
2  Jia-Ming Shang (State Bar No. 233326)
   333 Bush Street, 30th Floor
3  San Francisco, California 94104
   Tel:     415.781.7900
4  Fax:     415.781.2635
   Email:   *matthew.fischer@sedgwicklaw.com*
5  Email:   *jiaming.shang@sedgwicklaw.com*

6  Attorneys for Plaintiff
   BACCHUS MANAGEMENT GROUP, LLC

7

8  VAN COTT, BAGLEY, CORNWALL & MCCARTHY, P.C.
   Clark K. Taylor (CA State Bar No. 182438)
   Email: *ctaylor@vancott.com*
9  36 South State Street, Suite 1900
   Salt Lake City, Utah 84111
10 Telephone: (801) 532-3333
   Facsimile: (801) 534-0058
11

12 Attorneys for Defendant
   TALISKER CANYONS (WA DAKOTA), LLC
13

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BACCHUS MANAGEMENT GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TALISKER CANYONS (WA DAKOTA), LLC., a Delaware Limited Liability Company, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 11-CV-0987(JSW)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date: February 24, 2012**<br>**Time: 1:30 p.m.**<br>**Room: Courtroom 11** |

SF/2225760v1                                   -1-
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CMC

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED THAT the February 24, 2012 case management conference is continued to April 13, 2012 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 22, 2012

_____
Hon. Jeffrey S. White
United States District Judge

SF/2225760v1

-1-

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CMC