SEDGWICK LLP
Matthew A. Fischer (State Bar No. 191451)
Jia-Ming Shang (State Bar No. 233326
333 Bush Street, 30th Floor
San Francisco, California 94104
Tel: 415.781.7900
Fax: 415.781.2635
Email: *matthew.fischer@sedgwicklaw.com*
Email: *jiaming.shang@sedgwicklaw.com*

Attorneys for Plaintiff
BACCHUS MANAGEMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACCHUS MANAGEMENT GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TALISKER CANYONS (WA DAKOTA), LLC., a Delaware Limited Liability Company, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 11-cv-0987(DMR)<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

## STIPULATION OF DISMISSAL

The parties to the above-captioned action, through their undersigned authorized counsel, hereby agree and stipulate that this action, and all claims asserted therein, are hereby dismissed with prejudice. Each side is to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**

Dated:  March 8, 2012

VAN COTT, BAGLEY, CORNWALL & MCCARTHY, P.C.

By:  /s/   Clark K. Taylor
        Clark K. Taylor
Attorneys for Defendant
Talisker Canyons (WA Dakota) LLC

Dated: March 8, 2012

SEDGWICK LLP

By:  /s/   Matthew A. Fischer
        Matthew A. Fischer
Attorney for Plaintiff
Bacchus Management Group, LLC

IT IS SO ORDERED.

Dated:  March 9, 2012

_____
Hon. Jeffrey S. White
United States District Court Judge